# LAW FIRM OF ALEXANDER D. TRIPP, P.C.

928 Broadway, Suite 1000
New York, new York 10010
tel. 646-484-8554 • fax 212-301-7154
tripp@adtlawfirm.com

**MEMO ENDORSED**

April 10, 2023

**By ECF**
The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

> Savema is directed to file its reply to the motion for reconsideration by April 17, 2023. SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: April 10, 2023
> New York, New York

Re:  **Suazo et al. v. Ocean Network Express (North Am.), Inc.;**
     **20-CV-2016 (ER)(SN)**

Dear Judge Ramos:

This firm represents third-party defendant, Savema S.p.A., and we write regarding Savema's motion for reconsideration of the Court's March 2, 2023 Decision and Order. (Docket no. 67.)

At the March 17, 2023 initial pretrial conference, the Court scheduled Plaintiffs' response to Savema's motion for reconsideration for March 31, 2023 and Savema's reply for April 7, 2023. The Plaintiffs, however, failed to submit a response by March 31. Instead, they filed a memorandum of law in opposition to Savema's motion for reconsideration a week later -- on April 7, 2023. (Docket no. 68.)

We look forward to learning from the Court whether it has rejected Plaintiffs' untimely filing or whether there is a date scheduled for Savema's reply.

Respectfully submitted,

/S/

Alexander Tripp

cc: Frank V. Kelly, Esq. (by ECF)