# LAW FIRM OF ALEXANDER D. TRIPP, P.C.

928 Broadway, Suite 1000
New York, New York 10010
tel. 646-484-8554 • fax 212-301-7154
tripp@adtlawfirm.com

January 12, 2024

**By ECF**
The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   **Suazo et al. v. Ocean Network Express (North Am.), Inc.;
20-CV-2016 (ER)(SN)**

Dear Judge Ramos:

This firm represents third-party defendant, Savema S.p.A., and I write regarding the status conference scheduled for January 30, 2024 at 10:30 AM and to request that the status conference be adjourned. The current time for the conference conflicts with an inquest I will be conducting in King's County at the same date and time.

I respectfully request that the status conference be adjourned to any date and time the following week after February 5, 2024.

Opposing counsel consents to this request. This is the first request made for an adjournment of this conference.

Respectfully submitted,

/S/

Alexander Tripp

cc: Frank V. Kelly, Esq. (by ECF)

---

The January 30 status conference is adjourned to February 14, 2024, at 10:30 a.m.  The parties are reminded to call (877) 411-9748 and enter access code 3029857# when prompted.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated:  1/22/2024
New York, New York